# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLINA FAMILY BANK IRREVOCABLE TRUST, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>　　Defendants | Case No.: 2:20-cv-00058-APG-EJY<br><br>**Order Setting Hearing**<br><br>[ECF No. 8] |

　　I will hear oral arguments on the plaintiffs' motion to remand (ECF No. 8) on **Tuesday, March 10, 2020 at 10:00 a.m.** in Las Vegas Courtroom 6C.

　　I strongly encourage litigants to permit more junior members of the litigation team to conduct oral argument. Where the more junior attorney presents the argument, I will entertain reasonable requests for a more senior attorney to supplement the argument.

　　DATED this 2nd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE